No. 95–7498. FITZGERALD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7499. DAMRON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7500. GRANADA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7508. KITCHEYAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7513. CHAMBERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7515. NUNEZ SANCHEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7516. GUZMAN RIVERA ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–7521. BIGGS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7523. ARIAS SANTA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7524. CROSS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–7526. WILLIAMS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7531. MITCHELL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7532. JOHNSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–7533. ALBERTO MUNOZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–7541. JACKSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7549. RANSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.